EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Arnaldo J. Irizarry Irizarry | 2022 TSPR 150<br><br>211 DPR ___ |
| --- | --- |

Número del Caso:  TS-8,358

Fecha:  20 de diciembre de 2022

Abogado del Sr. Arnaldo J. Irizarry Irizarry:

    Por derecho propio

Materia:    Conducta  Profesional  –  Suspensión  inmediata  y
provisional del ejercicio de la abogacía y la notaría.

Este  documento  está  sujeto  a  los  cambios  y  correcciones  del
proceso de compilación y publicación oficial de las decisiones del
Tribunal Supremo. Su distribución electrónica se hace como un
servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Arnaldo J. Irizarry Irizarry

TS-8,358

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de diciembre de 2022.

El Tribunal de Distrito Federal para el Distrito de Puerto Rico celebró un procedimiento criminal contra el Lcdo. Arnaldo J. Irizarry Irizarry en el caso *United States of America v. [6] Arnaldo Irizarry-Irizarry*, Caso Núm. 21-082 (ADC). El 9 de noviembre de 2022 un jurado lo encontró culpable de todos los delitos imputados y, posteriormente, el Tribunal de Distrito Federal para el Distrito de Puerto Rico nos notificó el dictamen. En consecuencia, el 1 de diciembre de 2022 emitimos una *Resolución* en la que le concedimos al licenciado Irizarry Irizarry un término de diez (10) días para que mostrara causa por la cual no debíamos suspenderlo provisionalmente del ejercicio de la abogacía y la notaría.

Examinada su *Moción en cumplimiento de orden de mostrar causa*, le suspendemos inmediata y provisionalmente del ejercicio de la abogacía y la notaría.

En virtud de esta suspensión del ejercicio de la notaría, la fianza que garantiza sus funciones, de haber prestado la misma, queda automáticamente cancelada. La fianza se considerará buena y válida por tres (3) años después de su terminación, en cuanto a los actos realizados durante el periodo en que esta estuvo vigente.

Por otro lado, le imponemos el deber de, dentro del término de treinta (30) días, contado a partir de la notificación de esta *Resolución*, certificarnos que notificó a todos sus clientes de su incapacidad para continuar con su representación, la devolución de los expedientes y los honorarios recibidos por trabajos no rendidos en los casos pendientes y que informó su inhabilidad para ejercer la profesión a los foros

judiciales y administrativos en los que tenga un caso pendiente. Deberá acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, incluyendo una lista de los clientes y los foros a quienes le notificó de la suspensión, dentro del término conferido.

Asimismo, le ordenamos mantener a este Tribunal informado del estado del proceso penal que se sigue en su contra en el foro federal. Se le recuerda que, de ser el caso, una vez el tribunal federal dicte sentencia condenatoria y esta advenga final y firme, procederemos a suspenderlo indefinidamente del ejercicio de la abogacía y la notaría.

Finalmente, en vista del curso de acción que hoy decretamos, ordenamos el archivo administrativo de la Queja AB-2022-0220.

**Notifíquese personalmente.**

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


María I. Colón Falcón
Secretaria del Tribunal Supremo Interina